Adam Israel
Anchorage Correctional Complex West
1300 East 4th ave.
Anchorage, AK 99501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ADAM ISRAEL,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   3:14-cv-0158-TMB
                                    )
DR, WORRAL, DR. STAHLMAN,           )
Alaska Department of Corrections,   )
                                    )
        Defendants.                 )
_____)
Case No._____

## COMPLAINT

COMES NOW, the Plaintiff, Adam Israel, and hereby alleges the cause of action for this complaint as follows:

I

The Plaintiff, an Alaskan prisoner housed by the Department of Corrections in Anchorage, brings this cause of action pursuant to 42 U.S.C.S. 1983.

II

The Defendants are residents of Anchorage, Alaska.

III

All events stated and alleged in this complaint occurred in Anchorage.

IV

The Defendants, Dr. Worral and Dr. Stahlman, have fraudulently misdiagnosed the Plaintiff with a severe mental illness. The illness has been categorized as a "grave disability"--paranoid schitzophrenia--and is based on Israel's well documented ability

to see poltergeists due to an extremely rare retinal defect.*

Dr. Worral and Dr. Stahlman have prescribed powerful anti-psychotic drugs, which may be administered involuntarily, to prevent such "delusions" from occurring, although Israel has not claimed to have seen any ghosts during the time he's been under the observation of Dr. Worral, Dr. Stahlman, or their staff, or anytime recently.

Israel was denied the opportunity to physically demonstrate this ability to refute the diagnosis, which can easily be accomplished using insects.**

---

* The current British Prime Minister, David Cameron, Israel's thrid cousin, once removed, also possesses this trait. Proof of which, as in the case of Israel, has been documented on video for the Discovery Channel production entitled "ESP-Extra-Sensory Perception".
  The retina defect that enables them to see poltergeists has been bred by the Camerons for generations. A noble family from Britain dating back to the middle ages, around the time of the crusades, it is a distinguihing mark of their heritage. The movie "The Gift", from about 1997, is a representation of how this trait was developed over centuries of close breeding. Israel is portrayed at its conclusion for being the only American cousin who inherited the ability to see ghosts.
  The main character in the movie "The Sixth Sense", a boy called "Adam" who can see ghosts, is based on Adam Israel, and was produced by Steve Martin (Connelly), Israel's second cousin.
  Dr. Worral and Stahlman refused to verify these references before diagnosing him with a severe mental illness and administering a powerful neuroleptic drug that has the potential to cause irreversable nerve damage.

** To perform a demonstration insects are secured in jars containing ethanol, their corpses are then removed. Israel can then identify from the seemingly empty jars which species of insects had been contained therein, with no prior knowledge of which insects had been selected for exhibition.

(2)

Dr. Worral diagnosed Israel after approximately only ten minutes of evaluation.

A disagreement over a controversial but immaterial issue of no real significance pertaining to Israel's ability to function normally has resulted in the administration of psychotropic drugs, with very serious side effects, possibly exacerbating a pre-existing prostate condition, and generally affecting Israel's overall health.

Dr. Worral diagnosed Israel with "paranoid schitzophrenia" based on Israel's stated "magical powers", which Israel informed him are actually genetic defects caused by inbreeding, not magic.

In the Discovery Channel production entitled "ESP", there were several video recordings proving that Israel is capable of seeing poltergeists, as well as a scientific explanation of how it is possible.

The Defendants have not conducted any investigation into references provided by Israel proving this trait exists and is not the product of schitzophrenia, nor have they allowed Israel to demonstrate this ability in person, before diagnosing him with a severe mental illness, and administering powerful anti-psychotic drugs, with a myriad of harmful side effects, that may both serve to reduce the length of Israel's life, and prolong his incarceration, decreasing his chances for discretionary parole by impeding access to institutional programming, and creating concerns that Israel is mentally unstable, thereby unfit for release back into society--all because they refuse to assess

(3)

Israel's true mental state with the inclusion of documentary evidence and witness statements from reliable sources--police and Dept. of Corrections employees--investigative efforts necessary to such a serious diagnosis. This is highly suspect and tends to support the allegation that the diagnosis is an unsubstantiated fallacy.

Nothing Israel has described to Dr. Worral, or any other D.O.C. mental health staff member, is the product of delusions. It is all considered opinion based in fact, and on statements of others with personal knowledge, not fantasy. Israel's ability to see poltergeists is a verifiable fact which he will prove at trial with an abundance of evidence.

The Defendants claim that Israel has a "grave disability", which is defined as a person who is "in danger of serious harm resulting from his or her failure to provide for his or her essential human needs of health or safety; and or the person manifests serious deterioration in routine functioning evidenced by repeated and escalating loss of cognitive or volitional control over his or her actions that is likely to jeopardize his or her health or safety."

There is no evidence to support such an absurd accusation and plenty of available evidence to refute it. There is no proof that Israel's belief in such a phenomenon as 'ESP' has jeopardized his health or safety, or anyone else's. Any other information Israel has provided to Worral which he disagrees with are facts which Israel has gleaned from sources other than his own imagination.

Israel has presented a plausible, realistic explanation of how he is capable of seeing poltergeists, in a rational,

(4)

coherent manner. There is simply no evidence that he suffers from a "grave disability", even if this theory is unbelievable.\*\* Israel is not at all impaired except when under the influence of drugs prescribed by Dr.s Worral and Stahlman, and that impairment is substantial, rendering him into a catatonic state which may well be defined as a "grave disability".

Such an abusive exhibition of entrenched authority is a violation of constitutional magnitude, depriving Israel of life and liberty without Due Process, allowing him no opportunity to challenge their decision through presentation of existing evidence to refute it--not even by performing a live demonstration which could be easily arranged at the facility where Israel is being confined.

---

\*\* According to the Discovery Channel documentary "ESP", poltergeists are confined to the location at which they died, deriving their energy from the earth's direct electrical current, which resonates at specific frequencies determined by the strata of the earth and building materials used in construction. A poltergeist may be confined to a single room of a house as a result, or their electrical circuit--which is far too complex for human comprehension-would short, or "trip" out if there is an abrupt change in the frequency of that magnetic field. Touching a poltergeist on the head will have the same effect.

Super-sensitivity to magnetic impulses emitted from another person's brain when in relatively close proximity, enabling someone to "hear" another's thoughts--telepathy--is a realistic, believable theory. The same principle applies to the ability to "hear" poltergeists. The ability to see them is even more easily understood, as the retina defect which deprives Israel of the natural protection from electro-magnetic radiation that normal living beings possess, enables him to see the ghost in its physical form, as the person appeared when they died. Instantaneous deaths produce a stronger image, as the body's electrical activity at the time of death was at its full capacity; a slow death from exsanguination, suffocation, or overdose, will result in a faint image, which may be intensified by looking through glass because the energy condenses, consolidating the image, effecting the appearance of a solid mass.

(5)

V

The plaintiff alleges that the Defendant's actions amount to medical malpractice and requests judgment in the form of monetary compensation, in an amount to be determined at trial, and for the diagnosis to be rescinded.

DATED this 9TH day of July, 2014 at Anchorage, Alaska.

_____
Adam Israel,
Plaintiff.

(6)

JAM TORRES #469897
ANCHORAGE CORRECTIONAL COMPLEX WEST
1400 E. 4TH AVE
ANCHORAGE, AK 99501

FEDERAL COURT
222 W. 7TH AVE., STE. 4
ANCHORAGE, AK 99513